

**1822-CC11025 - VERSAY D KENNELL V CAREY HAIRSTON ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending  ○ Ascending

Display Options: All Entries

**09/12/2018** — **Amended Notice of Hrng Filed**
Amended Notice of Hearing - Motion to Dismiss, or in the alternative, Motion to Consolidate 09-21-18; Electronic Filing Certificate of Service.
  **Filed By:** RODNEY DALE FOUREZ
  **On Behalf Of:** ROADRUNNER TRANSPORTATION SYSTEMS, INC

**08/29/2018** — **Order for Change of Judge**
THE APPLICATION FOR CHANGE OF JUDGE PURSUANT TO SUPREME COURT RULE 50.05 FILED BY PLAINTIFF VERSAY KENNELL IN THE ABOVE CAUSE IS HEREBY GRANTED. AS DIRECTED BY THE PRESIDING JUDGE CAUS IS REASSIGNED TO THE HONORABLE MICHAEL STELZER DIVISION 6 FOR ALL FUTHER PROCEEDINGS. SO ORDERED JUDGE JOAN MORIARTY #33057

**Motion for Change of Judge**
application for change of judge.
  **Filed By:** JERMAINE WOOTEN
  **On Behalf Of:** VERSAY DAVID KENNELL

**Entry of Appearance Filed**
Entry of Appearance - Rodney D Fourez; Electronic Filing Certificate of Service.
  **Filed By:** RODNEY DALE FOUREZ
  **On Behalf Of:** ROADRUNNER TRANSPORTATION SYSTEMS, INC

**Entry of Appearance Filed**
Entry of Appearance - Patrick E Foppe; Electronic Filing Certificate of Service.
  **Filed By:** PATRICK EDWARD FOPPE
  **On Behalf Of:** ROADRUNNER TRANSPORTATION SYSTEMS, INC

**Notice of Hearing Filed**
Notice of Hearing - Motion to Dismiss, or in the alternative, Motion to Consolidate 10-04-18; Electronic Filing Certificate of Service.
  **Filed By:** KEVIN LEE FRITZ
  **On Behalf Of:** ROADRUNNER TRANSPORTATION SYSTEMS, INC

**Motion to Dismiss**
Motion to Dismiss or, in the alternative, Motion to Consolidate
  **Filed By:** KEVIN LEE FRITZ

**Entry of Appearance Filed**
Entry of Appearance - Kevin L Fritz; Electronic Filing Certificate of Service.
  **Filed By:** KEVIN LEE FRITZ

EXHIBIT 2

**08/28/2018** — **Corporation Served**
Document ID - 18-SMCC-14198; Served To - ROADRUNNER TRANSPORTATION SYSTEMS, INC;

> Server - C JONES, SERVICE DEPUTY; Served Date - 27-AUG-18; Served Time - 08:27:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - MIKE BARRY/MGR

**08/27/2018**  **Jury Trial Scheduled**
> **Scheduled For:** 07/15/2019;  9:00 AM ;  MICHAEL KELLAN MULLEN;  City of St. Louis

**08/21/2018**  **Summ Issd- Circ Pers Serv O/S**
> Document ID: 18-SMOS-2646, for HAIRSTON, CAREY.

**Summons Issued-Circuit**
> Document ID: 18-SMCC-14198, for ROADRUNNER TRANSPORTATION SYSTEMS, INC.

**08/20/2018**  **Filing Info Sheet eFiling**
> **Filed By:** JERMAINE WOOTEN

**Note to Clerk eFiling**
> **Filed By:** JERMAINE WOOTEN

**Pet Filed in Circuit Ct**
> petition for wrongful death.
> **Filed By:** JERMAINE WOOTEN
> **On Behalf Of:** VERSAY DAVID KENNELL

**Judge Assigned**




## File on Existing Case Confirmation

Thank you for your submission on **9/13/18 at 2:15 PM**. Below is important information regarding this submission. You will receive e-mails from the eFiling System regarding the status of your submission. This page is printer friendly.

If you need to contact the clerk about this submission or if you need to submit another filing and you do not have the case number, please use the following.

**eFiling Confirmation Number:** EF14306996

The following information and documents were submitted with this filing.

**Filer Reference Number:** None entered by filer

**No filing fee or payment information on this filing.**

### Case

**Court Case Number:** 1822-CC11025

**Court Case Description:** VERSAY D KENNELL V CAREY HAIRSTON ET AL

Wrongful Death filed in St Louis City - Circuit Court

**Notes to Clerk:** None entered by filer

### Document

**Notice of/to - Notice (other)**
Notice of Cancellation of Hearing
  **Attachments**
    Electronic Filing Certificate of Service
**Filed on behalf of:** ROADRUNNER TRANSPORTATION SYSTEMS, INC

---

**Filing - Other/Miscellaneous - Memorandum**
Memorandum Withdrawing Defendants Motion to Dismiss Plaintiffs Petition, or in the alternative, Motion to Consolidate
  **Attachments**
    Electronic Filing Certificate of Service
**Filed on behalf of:** ROADRUNNER TRANSPORTATION SYSTEMS, INC

### eService

| Party | Service E-mail Address |
|---|---|
| PATRICK EDWARD FOPPE, Co-Counsel for Defendant | pfoppe@lashlybaer.com |
| RODNEY DALE FOUREZ, Co-Counsel for Defendant | rfourez@lashlybaer.com |

| Party | Service E-mail Address |
|---|---|
| JERMAINE WOOTEN, Attorney for Plaintiff | wootenjlaw1@aol.com |

**EFILINGMENU**

eFiling Version 1.3.15.7                                                                                       Released 09/12/2018