**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| VERSAY KENNEL,                )<br>                              )<br>            Plaintiff,        )<br>                              )<br>v.                            )<br>                              )<br>                              )<br>ROADRUNNER TRANSPORTATION     )<br>SYSTEMS, INC., et al.,        )<br>                              )<br>            Defendants.       )<br>_____ )<br>                              )<br>TAMEKA PRINCE,                )<br>                              )<br>            Plaintiff,        )<br>                              )<br>v.                            )<br>                              )<br>ROADRUNNER TRANSPORTATION     )<br>SYSTEMS, INC., et al.,        )<br>                              )<br>            Defendants.       )  | Consolidated Case No. 4:18-CV-01542 JAR |

**MEMORANDUM AND ORDER**

On May 16, 2019, this Court granted in part the Motion for Attorney Fees filed by the Witherspoon Law Group and awarded the Witherspoon Law Group $42,000 in attorneys' fees and $3,000 in costs. (Doc. No. 63). The Court ordered Mr. Neru Witherspoon, on behalf of the Witherspoon Law Group, to submit a proposed order for disbursement of the settlement proceeds pursuant to E.D. Mo. L.R. 13.04(C)(3) no later than Friday, May 31, 2019. To date, nothing has been filed.

Accordingly,

1

**IT IS HEREBY ORDERED** that **within fifteen (15) days of the date of this Order**, Mr. Neru Witherspoon, on behalf of the Witherspoon Law Group, shall submit a proposed order for disbursement of the settlement proceeds in accordance with the Court's rulings herein and pursuant to E.D. Mo. L. R. 13.04(C)(3).

Dated this 4th day of June, 2019.

                                                                             **JOHN A. ROSS**
                                                                        **UNITED STATES DISTRICT JUDGE**